IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MILLARD PERDUE, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | )  CIVIL ACTION NO. 12-0436-CG-C |
| | ) |
| FERRELL GRIMES, | ) |
| | ) |
|    Defendant. | ) |

## JUDGMENT

It is **ORDERED, ADJUDGED, and DECREED** that this action be and is hereby **DISMISSED** without prejudice

**DONE and ORDERED** this 6th day of February, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE